# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2014

Robert P. Young, Jr.,
Chief Justice

147540

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 147540
COA: 310032
Kent CC: 11-005730-FC

TODD NORMAN BEALS,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the June 11, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     CAVANAGH, J., would grant leave to appeal.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk

p0319